UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STEPHEN BREWSTER,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　　**Case No. 3:25-cv-308-TKW-MJF**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 16). Petitioner did not file an objection to the R&R, but he did file a "motion to compel" (Doc. 17) in which he asserted that he "remains unlawfully detained."

Upon due consideration of the R&R and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed as moot because Petitioner is no longer detained in the Florida State Hospital (FSH). The fact that Petitioner is still detained in the county jail[1] is immaterial because the petition only challenged Petitioner's detention in the FSH.

---

[1] The return address on the envelope in which the motion to compel was received by the Clerk shows that Petitioner is at the Okaloosa County Jail, not the FSH.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED as moot**.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 7th day of July, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**